UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ABUBAKAR AHMED,

    Plaintiff,

v.

HART LOGISTICS, et al.,

    Defendants.

Case No. 2:17-cv-1147
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

This matter is before the Court on the United States Magistrate Judge's April 2, 2018 Initial Screen Report and Recommendation recommending that the Court dismiss Plaintiff's claims. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run, and no party has objected. Accordingly, the Court **AFFIRMS** and **ADOPTS** the Report and Recommendation (ECF No. 9), and for the reasons set forth in that document, the Court **DISMISSES** Plaintiff's claims. The Clerk is **DIRECTED** to enter final judgment in this action.

    IT IS SO ORDERED.

4-25-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE